UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATE KEMP, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MCKESSON CORPORATION; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER PHARMACEUTICALS CORPORATION; BAYER HEALTHCARE PHARMACEUTICALS INC.; BERLEX LABORATORIES, INC., BERLEX, INC.; BAYER SCHERING PHARMA AG; BAYER AG; and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. CV 10-4333 SBA<br><br>Assigned to: Hon. Saundra Brown Armstrong<br><br>[~~XXXXXXXX~~] **[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF TO STAY ACTION PENDING TRANSFER TO MULTIDISTRICT PROCEEDINGS** |

**[Proposed] Order Granting Joint Motion For Administrative Relief To Stay Action Pending Transfer To Multidistrict Proceedings -- Case No. CV 10-4333 SBA**

SQUIRE, SANDERS &
DEMPSEY L.L.P.
275 Battery Street, Suite 2600
San Francisco, California 94111

1  The Court, having fully considered the papers jointly submitted by the parties in
2  connection with the Joint Motion for Administrative Relief To Stay Action Pending Transfer to
3  Multidistrict Proceedings, and good cause appearing, HEREBY ORDERS that the above-
4  captioned case is STAYED pending transfer to MDL No. 2100.

**IT IS SO ORDERED.**

Dated: 10/12/10  _____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

- 2 -

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
275 Battery Street, Suite 2600
San Francisco, California 94111

**[Proposed] Order Granting Joint Motion For Administrative Relief To Stay Action Pending Transfer To Multidistrict Proceedings -- Case No. CV 10-4333 SBA**