**RECEIVED** **FILED**

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

NOV 03 2010

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

NOV - 4 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 2100
C-10-3667-SBA
C-10-4333-SBA

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-37)

On October 1, 2009, the Panel transferred 32 civil actions to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 655 F.Supp.2d 1343 (J.P.M.L. 2009). Since that time, 606 additional actions have been transferred to the Southern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable David R Herndon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Herndon.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of Illinois for the reasons stated in the order of October 1, 2009, and, with the consent of that court, assigned to the Honorable David R Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Nov 01, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SOUTHERN DISTRICT OF ILLINOIS
CERTIFIED TRUE COPY
By _____
Deputy Clerk
Date 11/03/2010

| | | | |
|---|---|---|---|
| MSS | 3 | 10-00516 | Motton v. Bayer Corporation et al  10-20480-DRH-PMF |

**NEW JERSEY**

| | | | |
|---|---|---|---|
| NJ | 2 | 10-05000 | HARRIMAN et al v. BAYER CORPORATION et al 10-20481-DRH-PMF |
| NJ | 2 | 10-05001 | HEMMITT et al v. BAYER CORPORATION et al 10-20482-DRH-PMF |
| NJ | 2 | 10-05002 | MERCKER v. BAYER CORPORATION et al 10-20483-DRH-PMF |
| NJ | 2 | 10-05003 | BEALL v. BAYER CORPORATION et al 10-20484-DRH-PMF |
| NJ | 2 | 10-05004 | RODRIGUEZ v. BAYER CORPORATION et al 10-20485-DRH-PMF |
| NJ | 2 | 10-05005 | HARPER v. BAYER CORPORATION et al 10-20486-DRH-PMF |
| NJ | 2 | 10-05006 | RAMSEY et al v. BAYER CORPORATION et al 10-20487-DRH-PMF |

**NEW YORK SOUTHERN**

| | | | |
|---|---|---|---|
| NYS | 1 | 10-04544 | Nally et al v. Bayer Healthcare Pharmaceuticals, Inc. et al  10-20488-DRH-PMF |

**NORTH CAROLINA WESTERN**

| | | | |
|---|---|---|---|
| NCW | 1 | 10-00196 | Pitman et al v. Bayer Corporation et al  10-20489-DRH-PMF |

**PENNSYLVANIA EASTERN**

| | | | |
|---|---|---|---|
| PAE | 2 | 10-04809 | MEADE et al v. BAYER CORPORATION et al  10-20490-DRH-PMF |

**SOUTH CAROLINA**

| | | | |
|---|---|---|---|
| SC | 6 | 10-02622 | Salvini v. Bayer Corporation et al  10-20491-DRH-PMF |

**TEXAS WESTERN**

| | | | |
|---|---|---|---|
| TXW | 1 | 10-00769 | Cindy Whitfield v. Bayer Corporation et al  10-20492-DRH-PMF |
| TXW | 5 | 10-00773 | Barrios et al v. Bayer Corporation et al 10-20493-DRH-PMF |

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                MDL No. 2100

## SCHEDULE CTO-37 – TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| | | | |
| **CALIFORNIA CENTRAL** | | | |
| ~~CAC~~ | ~~2~~ | ~~10-07423~~ | ~~Kimble T. Colbert et al v. Bayer Corporation et al~~ Opposed 11/1/10 |
| ~~CAC~~ | ~~2~~ | ~~10-07516~~ | ~~Jessy Quintana-Yong et al v. Bayer Corporation et al~~ Opposed 11/1/10 |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 4 | 10-03667 | Rebecca Ingram v. Bayer Corporation et al 10-20447-DRH-PMF |
| CAN | 4 | 10-04333 | Kate Kemp v. Bayer Corp., et al. 10-20471-DRH-PMF |
| **FLORIDA MIDDLE** | | | |
| FLM | 2 | 10-00595 | Tara L. Motroni v. Bayer Corporation et al 10-20472-DRH-PMF |
| **FLORIDA SOUTHERN** | | | |
| FLS | 0 | 10-61901 | Cicely Burns v. Bayer Corporation et al 10-20473-DRH-PMF |
| FLS | 9 | 10-81193 | Felix Jean-Julien et al v. Bayer Corporation et al 10-20474-DRH-PMF |
| **GEORGIA NORTHERN** | | | |
| GAN | 1 | 10-03080 | Jackson v. Bayer Corporation 10-20475-DRH-PMF |
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 10-05907 | Hamilton v. Bayer Healthcare LLC et al 10-20476-DRH-PMF |
| **INDIANA SOUTHERN** | | | |
| INS | 1 | 10-01176 | GILPIN et al v. BAYER CORPORATION et al 10-20478-DRH-PMF |
| **LOUISIANA WESTERN** | | | |
| LAW | 2 | 10-01508 | Johnson v. Bayer Corp et al 10-20479-DRH-PMF |
| **MISSISSIPPI SOUTHERN** | | | |